

06-CV-05559-ORD

```
FILED _____ LODGED
       RECEIVED
JAN 18 2007
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD LEE HOSKIN and BLANCHE JANE HOSKIN, a married couple,<br>  Plaintiffs,<br>v.<br>PIERCE COUNTY DEPUTY SHERIFF ROBERT LARSEN, personally and in his official capacity; PIERCE COUNTY DEPUTY SHERIFF JOHN DOE MYRON, personally and in his official capacity; PIERCE COUNTY DEPUTY SHERIFFS JOHN and JANE DOES; PIERCE COUNTY SHERIFF'S DEPARTMENT; WASHINGTON STATE DEPARTMENT OF CORRECTIONS OFFICER DANA AGER, personally and in her official capacity; WASHINGTON STATE DEPARTMENT OF CORRECTIONS OFFICER POLLY HOLTON, personally and in her official capacity; and WASHINGTON STATE DEPARTMENT OF CORRECTIONS OFFICERS JOHN and JANE DOES, and WASHINGTON STATE DEPARTMENT OF CORRECTIONS,<br>  Defendants. | NO. C06-5559 RBL<br><br>**STIPULATION FOR AND ORDER TO EXTEND DEADLINE**<br><br>**NOTE ON MOTION CALENDAR:**<br>**January 10, 2007** |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED between the parties thereto, through their undersigned attorneys of record, that the deadline for filing a motion to join additional parties, which is currently set for January 10, 2007, shall be extended until February 12, 2007. Good cause exists for the extension on the grounds that Pierce County defendants Larsen, Myron, John/Jane Does, and Pierce County Sheriff's Department, represented by Ronald L. Williams, have not yet provided their Initial Disclosures, deadline for which was set for December 20,

STIPULATION FOR AND ORDER TO EXTEND DEADLINE - 1

Law Offices of David S. Vogel, P.L.L.C.
Exchange Bldg, Suite 2200
821 Second Ave, Seattle, WA 98104
(206) 622-2573 · dvogel@davidvogel.com

1 | 2006. Plaintiff requires vital information to be contained within the defendants' Initial
2 | Disclosures in order to join additional parties, and cannot file the motion until said Initial
3 | Disclosures are provided.

4 | DATED this 10th day of January, 2007.

By: *(signature)* David S. Vogel     By: _____
David S. Vogel                 Ronald L. Williams
WSBA No. 13672           WSBA No. 13927
Attorney for Plaintiffs       Attorney for Defendants Pierce County
Defendants Larsen, Myron, John/Jane Does, and Pierce County Sheriff's Department

By: *(signature)*
John Dittman
WSBA No. 32094
Attorney for Defendants Department of Corrections, Defendants Holton and Ager

STIPULATION FOR AND ORDER TO EXTEND DEADLINE - 2

2006. Plaintiff requires vital information to be contained within the defendants' Initial Disclosures in order to join additional parties, and cannot file the motion until said Initial Disclosures are provided.

DATED this _____ day of January, 2007.

By: /s/ David S. Vogel  
David S. Vogel  
WSBA No. 13672  
Attorney for Plaintiffs

By: /s/ Ronald L. Williams  
Ronald L. Williams  
WSBA No. 13927  
Attorney for Defendants Pierce County Defendants Larsen, Myron, John/Jane Does, and Pierce County Sheriff's Department

By: _____  
John Dittman  
WSBA No. 32094  
Attorney for Defendants Department of Corrections, Defendants Holton and Ager

STIPULATION FOR AND ORDER TO EXTEND DEADLINE - 2

## ORDER

Pursuant to the foregoing Stipulation of the parties and good cause having been shown, NOW THEREFORE,

IT IS HEREBY ORDERED that the deadline for filing a motion to join additional parties is extended from January 10, 2007 to February 12, 2007.

DONE this _____ day of January, 2007.


_____
JUDGE/

Presented by:

By: /s/ David S. Vogel
David S. Vogel, WSBA# 13672
Attorney for Plaintiffs


Copy Received; Approved as to Form;
Notice of Presentation Waived:

By: _____
Ronald L. Williams
WSBA No. 13927
Attorney for Defendants Pierce County Defendants Larsen, Myron, John/Jane Does, and Pierce County Sheriff's Department

By: /s/ John Dittman
John Dittman
WSBA No. 32094
Attorney for Defendants Department of Corrections, Defendants Holton and Ager


STIPULATION FOR AND ORDER TO EXTEND DEADLINE - 3

## ORDER

Pursuant to the foregoing Stipulation of the parties and good cause having been shown, NOW THEREFORE,

IT IS HEREBY ORDERED that the deadline for filing a motion to join additional parties is extended from January 10, 2007 to February 12, 2007.

DONE this 18th day of January, 2007.

_[signature]_
JUDGE/~~COURT COMMISSIONER/CLERK~~

Presented by:

By: _[signature]_
David S. Vogel, WSBA# 13672
Attorney for Plaintiffs

Copy Received; Approved as to Form;
Notice of Presentation Waived;

By: _[signature]_
Ronald L. Williams
WSBA No. 13927
Attorney for Defendants Pierce County Defendants Larsen, Myron, John/Jane Does, and Pierce County Sheriff's Department

By: _____
John Dittman
WSBA No. 32094
Attorney for Defendants Department of Corrections, Defendants Holton and Ager

STIPULATION FOR AND ORDER TO EXTEND DEADLINE - 3

Law Offices of David S. Vogel, P.L.L.C.
Exchange Bldg, Suite 2200
821 Second Ave, Seattle, WA 98104
(206) 622-2573 · dvogel@davidvogel.com