Honorable Ronald B. Leighton

06-CV-05559-ORD

FILED _____ LODGED
_____ RECEIVED

OCT 12 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD LEE HOSKIN and BLANCHE JANE HOSKIN, a married couple, Plaintiffs, v. PIERCE COUNTY DEPUTY SHERIFF ROBERT LARSEN, personally and in his official capacity; PIERCE COUNTY DEPUTY SHERIFF JOHN DOE MYRON, personally and in his official capacity; PIERCE COUNTY DEPUTY SHERIFFS JOHN and JANE DOES; PIERCE COUNTY SHERIFF'S DEPARTMENT; WASHINGTON STATE DEPARTMENT OF CORRECTIONS OFFICER DANA AGER, personally and in her official capacity; WASHINGTON STATE DEPARTMENT OF CORRECTIONS OFFICER POLLY HOLTON, personally and in her official capacity; and WASHINGTON STATE DEPARTMENT OF CORRECTIONS OFFICERS JOHN and JANE DOES, and WASHINGTON STATE DEPARTMENT OF CORRECTIONS, Defendants. | NO. C06-5559 RBL<br><br>[proposed] ORDER GRANTING PLAINTIFFS' VOLUNTARY MOTION TO DISMISS WRONGFUL ARREST CLAIM |

FINDINGS

The Court, having considered the plaintiffs' Voluntary Motion to Dismiss Wrongful Arrest Claim, finds that:

1. Plaintiffs accept Defendants' assertion that no arrest was made, and have asked the Court to dismiss their wrongful arrest claim without costs to either party.

ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS
WRONGFUL ARREST CLAIM - 1

Law Offices of David S. Vogel, P.L.L.C.
Exchange Bldg, Suite 2200
821 Second Ave, Seattle, WA 98104
(206) 622-2573 · dvogel@davidvogel.com

THEREFORE, IT IS HEREBY ORDERED THAT:

1. Plaintiffs' motion is granted.
2. Plaintiffs' claim of wrongful arrest is dismissed without costs to either party.

DATED this 12th day of October, 2007.

_____
Judge Ronald B. Leighton

PRESENTED BY:

_____
David S. Vogel, WSBA #13672
Attorney for Plaintiff

ORDER GRANTING PLAINTIFFS' MOTION TO DISMISS
WRONGFUL ARREST CLAIM - 2

Law Offices of David S. Vogel, P.L.L.C.
Exchange Bldg, Suite 2200
821 Second Ave, Seattle, WA 98104
(206) 622-2573 · dvogel@davidvogel.com