Honorable Ronald B. Leighton

06-CV-05559-ORD

FILED _____ LODGED
_____ RECEIVED

OCT 19 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DONALD LEE HOSKIN and BLANCHE JANE HOSKIN, a married couple,
Plaintiffs,
v.
PIERCE COUNTY DEPUTY SHERIFF ROBERT LARSEN, personally and in his official capacity; PIERCE COUNTY DEPUTY SHERIFF ALLAN MYRON, personally and in his official capacity; and PIERCE COUNTY SHERIFF'S DEPARTMENT,
Defendants.

NO. C06-5559 RBL

STIPULATION FOR AND ORDER TO DISMISS PLAINTIFFS' CLAIM OF NEGLIGENCE

NOTE ON MOTION CALENDAR:
October 18, 2007

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED between the parties thereto, through their undersigned attorneys of record, that the plaintiffs' claim of negligence against all defendants Pierce County Sheriff's Department shall be voluntarily dismissed without costs to either party. Good cause exists for the dismissal on the grounds that plaintiffs contend that Officer Larsen's action was intentional, and therefore does not meet the definition of negligence, and defendants have stipulated to the dismissal.

DATED this 16th day of October, 2007.

By: *David S. Vogel*
David S. Vogel
WSBA No. 13672
Attorney for Plaintiffs

By: *Ronald L. Williams*
Ronald L. Williams
WSBA No. 13927
Attorney for Defendants Pierce County Sheriff's Department

STIPULATION FOR AND ORDER TO
DISMISS PLAINTIFFS' CLAIM OF NEGLIGENCE - 1

Law Offices of David S. Vogel, P.L.L.C.
Exchange Bldg, Suite 2200
821 Second Ave, Seattle, WA 98104
(206) 622-2573 · dvogel@davidvogel.com

## ORDER

Pursuant to the foregoing Stipulation of the parties and good cause having been shown, NOW THEREFORE,

IT IS HEREBY ORDERED that the plaintiffs' claim of negligence against defendants Pierce County Sheriff's Department be dismissed without costs to either party.

DONE this 19th day of October, 2007.

_____
Judge Ronald B. Leighton

Presented by:

By: _____
David S. Vogel, WSBA# 13672
Attorney for Plaintiffs

Copy Received; Approved as to Form;
Notice of Presentation Waived:

By: _____
Ronald L. Williams
WSBA No. 13927
Attorney for Defendants Pierce County Defendants Larsen, Myron, John/Jane Does, and Pierce County Sheriff's Department

STIPULATION FOR AND ORDER TO
DISMISS PLAINTIFFS' CLAIM OF NEGLIGENCE - 2

Law Offices of David S. Vogel, P.L.L.C.
Exchange Bldg, Suite 2200
821 Second Ave, Seattle, WA 98104
(206) 622-2573 · dvogel@davidvogel.com