**Hon. Ronald B. Leighton**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD LEE HOSKIN and BLANCHE JANE HOSKIN, a married couple, | |
| Plaintiffs, | NO.  C06-5559 RBL |
| vs. | |
| PIERCE COUNTY DEPUTY SHERIFF ROBERT LARSEN, personally and in his official capacity, et al., | PIERCE COUNTY DEFENDANTS' TRIAL BRIEF |
| Defendants. | |

The court has been fully briefed as to the facts and procedural history of this matter through the summary judgment proceedings.  Needless to say, there is a factual dispute as to the events which occurred on the Plaintiffs' property on January 22, 2004.  In order for the jury to get a complete and accurate picture of what happened that day, the Defendants should be allowed to share with the jury certain records which were kept by the Washington State Department of Corrections (DOC).  These records provided background information to the corrections officers which, along with their own experiences with Corey Hoskin and his parents, directly affected their planning and execution of their activities on that day.

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office:  (253) 798-6732
Fax:  (253) 798-6713

Exhibit 89

This document (Exhibit 23 to Defendants' motion for summary judgment) is an official State Department of Corrections form, dated March 5, 2002, less than two years before this incident. It contains conditions and requirements for a probationer, including an agreement that Corey was subject to search and seizure of his person or residence by DOC personnel. Corey lists his parents' address on this form. This form is therefore centrally relevant to this case because it provides a legal basis for the officers to be on the property and it is one of many pieces of evidence that Corey listed his parents' address as his residence. It is also significant because it lists his grandmother's address, not as his residence, but as a "nearest relative not living with you." This is directly contrary to Plaintiffs' contention that the grandmother's residence was Corey's listed address.

Whether the Pierce County Deputies knew about the content or existence of this form is irrelevant since they were working in a back up/security function. Under the fellow officer rule in this state, the Deputies are entitled to rely on the knowledge of the DOC Officers. Washington has long accepted findings of probable cause under the "fellow officer rule." Under this rule, "in those circumstances where police officers are acting together as a unit, cumulative knowledge of all the officers involved in the arrest may be considered in deciding whether there was probable cause to apprehend a particular suspect." *State v. Maesse*, 29 Wn. App. 642, 647, 629 P.2d 1349 (1981). "[C]ooperation between investigating officers or an arrest directive made by an officer possessing probable cause is sufficient to justify an arrest by an officer lacking knowledge of the facts which form the basis of probable cause." *State v. Alvarado*, 56 Wn. App. 454, 456-57, 783 P.2d 1106 (1989). (See also, *State v. White*, 76 Wn. App. 801; 888 P.2d 169 (1995), *review denied,* 96 Wn.2d 1009 (1981), rule "permits probable

PIERCE COUNTY DEFENDANTS' TRIAL BRIEF - 2
Hoskin 6wTB.doc
U.S. District Court No. C06-5559 RBL

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office: (253) 798-6732
Fax: (253) 798-6713

1    cause to be determined upon the information possessed by the police as a whole when they

2    are acting in concert"). The fellow officer rule applies also to searches. The officers are

3    entitled to rely on the collective knowledge of all of the officers involved in the criminal

4    investigation, although, all of the information known to the involved law enforcement officers

5    is not communicated to the officer who actually undertakes the search. *U.S. v. Ramirez*, 473 F.

6    3d 1026,1032 (2007) U.S. App. Lexis 869 quoting *U.S. v. Sutton*, 794 F.2d 1415, 1426 (9th

7    Cir. 1986). This doctrine has been applied "regardless of whether any information giving rise

8    to probable cause was actually communicated" to the officer conducting the search. *U.S. v.

9    Bertrand*, 926 F.2d 838, 844 (9th Cir. 1991). The missing pieces of information are imputed

10   to the officer, "so long as he was working with the other officers, even though they were not

11   communicated." *U.S. V. Bernard*, 623 F.2d, 581, 560-61 (9th Cir. 1980).

12   The fellow officer rule "focuses on shared knowledge of police as a unit rather than

13   merely on the knowledge of the officer who acts. The doctrine therefore permits a police

14   officer to act if the officer reasonably relies on instructions from an officer who has probable

15   cause." *State v. Soldahl*, 331 Ore. 420, 15 P.3d 564 (2000).

16   The Pierce County Deputies were present solely to assist DOC Officers. Because

17   DOC Officers and the Deputies were working as a collective unit, the knowledge of the DOC

18   Officers can be imputed to the Deputies. Therefore, the Deputies did not need direct

19   knowledge of the documents which showed Corey's listed residence to participate in the

20   lawful search.

21   Exhibit 90

22   This document (Exhibit 24 to Defendants' motion for summary judgment) is very

23   similar to Exhibit 60, but this one is dated May 28, 2002, approximately one and one-half

PIERCE COUNTY DEFENDANTS' TRIAL BRIEF - 3
Hoskin 6wTB.doc
U.S. District Court No. C06-5559 RBL

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office: (253) 798-6732
Fax: (253) 798-6713

years before this incident.  This form likewise acknowledges the right of DOC to search

Corey at his residence, which again on this form is listed as his parents' address, not his

grandmother's.  The relevance of this document is the same as Exhibit 89.

Exhibit 91

This document (Exhibit 25 to Defendants' motion for summary judgment), is another

DOC form.  This one is entitled "Order of Release" and is dated November 12, 2002, and

December 12, 2002, just over one year before this incident.  This form apparently releases

Corey from custody and requires him to report to a Community Corrections Officer.  This

form not only lists Corey's parents' address as his "release address," but lists his parents by

name "Don and Jane Hoskin - Parents" under the heading "Emergency Contacts," and they are

listed at the same address as Corey's release address.  This form of course is likewise relevant

as to establishing the listed residence address for Corey, which forms the basis for the DOC

Officers' lawful entry onto the property and lawful search of the residence for Corey.

Exhibit 92

This document (Exhibit 26 to Defendants' motion for summary judgment), is yet

another DOC release document dated April 17, 2003, just nine months prior to this incident.

Once again Corey signed this document and listed his parents' address as his release address.

Exhibit 93

This document (Exhibit 27 to Defendants' motion for summary judgment), is a DOC

report dated May 14, 2003, just eight months prior to this incident, wherein Corey ran from

DOC officers Polly Holton and Daina Ager.  These are the same two officers who were

involved in this incident.  The report further lists Corey's "last known address" as his parents'

residence address.  This record is doubly relevant as it becomes yet another piece of evidence

PIERCE COUNTY DEFENDANTS' TRIAL BRIEF - 4
Hoskin 6wTB.doc
U.S. District Court No. C06-5559 RBL

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office:  (253) 798-6732
Fax:  (253) 798-6713

1
2
3
4
5

which confirms that according to DOC records, Corey's residence address was his parents'

address.  It further shows the DOC Officers' experience with Corey.  His propensity to run

from the Corrections Officers just a few months prior to this incident, helps to explain the

precautions taken by the Corrections Officers at the time of this incident.

6
7
8
9
10
11
12
13

### Exhibit 94

This document (Exhibit 28 to Defendants' motion for summary judgment), is a DOC

report dated May 27, 2003, less than eight months prior to this incident.  It lists Corey's last

known address as his parent's residence and indicates that he has violated the conditions of his

supervision, in part, by failing to participate in substance abuse treatment.  The document also

contains a CCO Officer's recommendation that Corey's DOSA sentence be revoked because

he has shown no initiative to comply with his conditions.  Yet, another reason for Corrections

Officers to take precautionary measures when approaching Corey's last known address.

14
15
16
17
18
19
20

### Exhibit 95

This document (Exhibit 29 to Defendants' motion for summary judgment), is a

Declaration for the Determination of Probable Cause dated May 12, 2003, less than eight

months prior to this incident.  It states that Corey committed the crime of Possession of Stolen

Property in the first Degree and describes how he and another defendant fled on foot after

authorities arrived.

21
22
23
24
25

### Exhibit 96

This document (Exhibit 30 to Defendants' motion for summary judgment), is a

Certificate of Probable Cause dated March 6, 2002, less than two years prior to this incident.

It states that Corey was driving a car when police pulled him over.  Corey took off as police

approached the car and led them on a high-speed chase.

PIERCE COUNTY DEFENDANTS' TRIAL BRIEF - 5
Hoskin 6wTB.doc
U.S. District Court No. C06-5559 RBL

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office:  (253) 798-6732
Fax:  (253) 798-6713

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Exhibit 97

This document is a Kent Police Department Authorization to Impound or Tow dated April 13, 2001, less than three years prior to this incident. Corey is listed as the registered owner of the vehicle and the residence listed is that of his parents.

Exhibit 98

This document is a City of Kent Police Suspect/Arrest Report dated April 13, 2001, less than three years prior to this incident. Corey lists his residence as that of his parents.

Exhibit 99

This document is a Vehicle Report Form dated April 13, 2001, less than three years prior to this incident. In the document, Corey's residence is listed as that of his parents.

Exhibit 100

This document is an Order of Suspension from the State of Washington Department of Licensing (DOL) dated January 17, 2003, just over one year prior to this incident. The letter is addressed to Corey at his parents' residence.

Exhibit 101

This document is a letter from the State of Washington DOL dated January 15, 2003, just one year prior to this incident. The letter is addressed to Corey at his parents' residence.

Exhibit 102

This document is a letter from the Washington State DOC dated February 2, 2003, less than one year prior to this incident. The letter lists Corey's address as that of this parents'.

Exhibit 103

This document is mail from the State of Washington DOC, Tacoma Office. The envelope is addressed to Corey at his parents' address.

PIERCE COUNTY DEFENDANTS' TRIAL BRIEF - 6
Hoskin 6wTB.doc
U.S. District Court No. C06-5559 RBL

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office: (253) 798-6732
Fax: (253) 798-6713

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

<u>Exhibit 104</u>

This document is mail from the State of Washington DOC, Lakewood office. The envelope is addressed to Corey at his parents' address.

As the Community Corrections Officers testified in their depositions, there was conflicting evidence as to which house was Corey's place of residence – his parents' home or his grandmother's home. (When asked if the grandmother's house was Corey's "listed address," Corrections Officer Daina Ager testified: "Not necessarily. That was an issue. There was some confusion with the address." See, Deposition of Daina Ager, at page 63, lines 18-20.) This is a critical fact which a jury is entitled to review inasmuch as it gives all the Officers involved a legal basis for being on that property and searching for Corey.

Therefore these documents are relevant and should be admitted into evidence.

DATED this 14th day of May, 2008.

s/ RONALD L. WILLIAMS
RONALD L. WILLIAMS
State Bar Number 13927
Pierce County Prosecutor / Civil
955 Tacoma Avenue South, Suite 301
Tacoma, WA  98402-2160
Ph: 253-798-3612 / Fax: 253-798-6713
E-mail: rwillia@co.pierce.wa.us

PIERCE COUNTY DEFENDANTS' TRIAL BRIEF - 7
Hoskin 6wTB.doc
U.S. District Court No. C06-5559 RBL

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office:  (253) 798-6732
Fax:  (253) 798-6713

1

2

**CERTIFICATE OF SERVICE**

On May 14, 2008, 2008, I hereby certify that I electronically filed the foregoing
3  PIERCE COUNTY DEFENDANTS' TRIAL BRIEF with the Clerk of the Court using the
CM/ECF system which will send notification of such filing to the following:

4

5  • **John Coulter Dittman**
   johnd2@atg.wa.gov,torolyef@atg.wa.gov,deanm@atg.wa.gov

6

7  • **David S Vogel**
   dsvogel@earthlink.net,nberry@davidvogel.com

8

9                                                   s/ CHRISTINA M. SMITH
                                                    CHRISTINA M. SMITH
10                                                  Legal Assistant
                                                    Pierce County Prosecutor's Office
11                                                  Civil Division, Suite 301
                                                    955 Tacoma Avenue South
12                                                  Tacoma, WA 98402-2160
                                                    Ph: 253-798-7732 / Fax: 253-798-6713

13

14

15

16

17

18

19

20

21

22

23

24

25

PIERCE COUNTY DEFENDANTS' TRIAL BRIEF - 8
Hoskin 6wTB.doc
U.S. District Court No. C06-5559 RBL

Pierce County Prosecuting Attorney/Civil Division
955 Tacoma Avenue South, Suite 301
Tacoma, Washington 98402-2160
Main Office: (253) 798-6732
Fax: (253) 798-6713